IN THE MATTER OF:
Notice of Creditor
Change of Address

CHAPTER 13
CASE NO. 17-57001
HON. Judge Marci B McIvor

DEBTOR(S).
William Glenn Brewster and Wendy Lynn Brewster /

## NOTICE OF CREDITOR CHANGE OF ADDRESS
DIRECTIONS: COMPLETE EACH SECTION, SIGN, AND FILE WITH THE COURT

| The creditor listed below requests that the address listed in its Proof of Claim be changed. | We request this change be made to: |
|---|---|
| Creditor Name: MORTGAGE CENTER LLC | ☒ All claims associated with this address **IN ALL CASES** assigned to this Trustee |
| PACER Claim #: 7 | ☐ This case only (*Void if both **or** neither option selected*) |

☐ Payment ONLY
☐ Payment and Notice address
From (prior address):
_____

To (new address):
_____

☒ Notice ONLY

From (prior address):
29621 Northwestern Hwy
Southfield, MI 48034

To (new address):
P.O. Box 2171
Southfield, MI 40037-2171

I declare under penalty of perjury that the information provided is true and correct to the best of my knowledge and belief.

By: MORTGAGE CENTER LLC / GUY PARKER            Date: 10/30/2018
    Creditor/Creditor's Authorized Agent
    26555 Evergreen Road, Suite 900
    Address
    Southfield                 MI         48076
    City                       State      Zip code
    1-800-353-4449             gparker@mortgagecenter.com
    Telephone                  Email

***THIS FORM IS TO BE USED **ONLY** FOR ADDRESS CHANGES THAT OCCUR **AFTER** THE FILING OF THE INITIAL PROOF OF CLAIM BY THE CREDITOR.